Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CARLA C. WALLACE,<br><br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2-23-bk-05919-DPC<br><br>**TRUSTEE'S RECOMMENDATION ON 1ST AMENDED CHAPTER 13 PLAN**<br><br>Deadline is March 8, 2024 |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs. The Trustee notes the following issues, which must be resolved before recommending confirmation of the Plan:

1) The Trustee notes that the Debtor filed a Chapter 7 bankruptcy on December 22, 2016, and received a discharge on March 28, 2017. Since it has been less than eight years between the filing of the Debtor's Chapter 7 bankruptcy and the filing of the Debtor's current Chapter 13, the Trustee reminds the Debtor that she is ineligible to convert his instant case to a Chapter 7 case and receive a discharge.

2) The Debtor's Schedule I discloses a payroll deduction for the repayment of a 401(k) loan. The Trustee requires receipt of the loan documents as the disposable income requirement of § 1325(b) is at issue.

3) Secured creditor, Mid First Bank filed an objection to the original plan. Though the

amended plan revises treatment of the secured claim, the creditor's original objection is deemed to apply pursuant to 11 U.S.C. § 1323(c) since the objection has not been withdrawn. The secured creditor must sign the order confirming first amended plan or file a withdrawal of the objection to confirmation.

4) Based on the proof of claim filed by Mid First Bank, the Debtor is delinquent on pre-petition mortgage payments. The Stipulated Order Confirming Plan must provide the following language: Mid Fist Bank secured by a first deed of trust in the Debtor's residence, shall be paid the pre-petition arrearage of $953.16 with 0% interest. Regular post-petition payments, including all post-petition mortgage fees and expenses shall be paid directly by Debtor to the secured creditor.

5) Based on the proof of claim filed by US Department of Housing and Urban Development, the Debtor is not delinquent on pre-petition mortgage payments. The Stipulated Order Confirming Plan must provide the following language: US Department of Housing and Urban Development secured by a second deed of trust in the Debtor's residence, shall be paid regular post-petition payments, including all post-petition mortgage fees and expenses, directly by Debtor to the secured creditor.

6) Other requirements:

(A) When a debtor is represented by counsel, all debtor documents are to be submitted to the Trustee through the bkdocs.us website after redaction of PII. Local Rule 2084-27. Such documents include tax returns, bank statements, paystubs, and so on.

(B) The attorney is to review all proofs of claim on the claims register and resolve any discrepancies between relevant claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee. Attachments to secured claims should be reviewed to see if there

- 2 -

Case 2:23-bk-05919-DPC    Doc 23    Filed 02/02/24    Entered 02/02/24 12:52:46    Desc
Page 2 of 5

is a balloon payment. Also, when counsel provides a proposed order confirming plan to the Trustee, counsel must file or create a notice on the Court docket. L.R.B.P. 2084-13(b).

(C) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

(D) Before submitting a proposed order, the attorney for the Debtor(s) should verify plan funding using the funding http://www.chapter13.info/funding-calc-main.aspx.

(E) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

(F) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

(G) To expedite the order review process, counsel must use the recommended form for the order confirming plan. If counsel needs the Trustee's latest form, then contact the applicable case administrator..

(H) The order confirming plan **must** be accompanied by a cover letter that goes over the Trustee's Recommendation items by each paragraph. If counsel fails to use the order form and provide such letter, the Trustee will reject the proposed order outright and the time to comply with the Recommendation is not extended.

(I) The order confirming plan is to state: Within 14 days of filing them, the Debtors shall provide a copy of their 2023-2027 federal and state income tax returns, including all attachments, forms, schedules and statements, to their attorney. After appropriate redaction of PII, Debtors' attorney is to promptly provide the returns to the Trustee through the website www.bkdocs.us.

- 3 -

(J) Nothing in the Plan or Order Confirming Plan is to alter counsel's obligation to represent the Debtors. Counsel is to represent the Debtor(s) in all matters regardless of the fee agreement until the Court issues an order permitting counsel to withdraw or the case is closed.

(K) According to Paragraph II.H.3. of the "Administrative Procedures for Electronically Filed Cases," as governed by Local Rule 5005-2(e), the Debtors' attorney is to retain the original signatures of all signatories to the Stipulated Order Confirming Plan (other than that of the Trustee). Pursuant to Local Rule 2084-13(c), the Trustee will upload the proposed Order Confirming a plan or granting a motion for a moratorium.

(L) The proposed order confirming plan, any responses to this recommendation, and documents submitted in response to this recommendation are to be submitted to the applicable case administrator in the Trustee's office.

PLAN PAYMENT STATUS: Debtor is currently $342.50 in plan payment default, with an additional payment of $685.00 due on February 27, 2024.

SUMMARY: Pursuant to Local Rule 2084-10(b), by March 8, 2024, Debtor is to resolve all of the above issues and provide the Trustee with a proposed order confirming plan that meets the above requirements, or the Debtor must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

Copy mailed or emailed to:

CARLA C. WALLACE
30614 NORTH 138TH AVENUE
PEORIA, AZ 85383


PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL 60076-2780
DOCUMENTS@PHXFRESHSTART.COM
TOM@NWRELIEF.COM
FAIZA@PHXFRESHSTART.COM

_____
Dawn M. Smith - Case Analyst
dsmith@ch13bk.com